**DENY; and Opinion Filed October 19, 2017.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01198-CV**

### IN RE A&C VAZQUEZ ENTERPRISES, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. #DC-17-13801**

## MEMORANDUM OPINION
Before Justices Francis, Brown, and Stoddart
Opinion by Justice Brown

Before the Court is relator's October 18, 2017 petition for writ of mandamus. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Ada Brown/
ADA BROWN
JUSTICE

171198F.P05